Same case below, 646 F.3d 1072.

**No. 11-7623. Ted Russell Schwartz Murray, Petitioner v. United States.**

565 U.S. 1136, 132 S. Ct. 1065, 181 L. Ed. 2d 781, 2012 U.S. LEXIS 428.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 648 F.3d 251.

**No. 11-7624. Raul Ortiz-Miranda, Petitioner v. United States.**

565 U.S. 1136, 132 S. Ct. 1065, 181 L. Ed. 2d 781, 2012 U.S. LEXIS 448.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 11-7631. Charles Soderman, Petitioner v. United States.**

565 U.S. 1136, 132 S. Ct. 1065, 181 L. Ed. 2d 781, 2012 U.S. LEXIS 463.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 429 Fed. Appx. 663.

**No. 11-7634. Pedro J. Prandy-Binett, Petitioner v. United States.**

565 U.S. 1136, 132 S. Ct. 1066, 181 L. Ed. 2d 781, 2012 U.S. LEXIS 453.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 11-7635. Marcus Barrington, Petitioner v. United States.**

565 U.S. 1136, 132 S. Ct. 1066, 181 L. Ed. 2d 781, 2012 U.S. LEXIS 475.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 648 F.3d 1178.

**No. 11-7639. Vernon J. Autrey, Petitioner v. United States.**

565 U.S. 1136, 132 S. Ct. 1066, 181 L. Ed. 2d 781, 2012 U.S. LEXIS 490.

January 9, 2012. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

**No. 11-7640. Francisco Barrios, aka Lucio Rincon-Hernandez, Petitioner v. United States.**

565 U.S. 1136, 132 S. Ct. 1066, 181 L. Ed. 2d 781, 2012 U.S. LEXIS 510,

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 441 Fed. Appx. 874.

**No. 11-7642. Bradley Shane Sheppard, Petitioner v. Mildred L. Rivera, Warden, et al.**

565 U.S. 1137, 132 S. Ct. 1066, 181 L. Ed. 2d 781, 2012 U.S. LEXIS 431.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 441 Fed. Appx. 980.